UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NINA HORTON,

                                          Plaintiff,

                -against-

GREENBUILD LLC, DONALDSON INTERIORS, INC.,     Civ. No.: 16-cv-4595 (KAM)(LB)
DONALDSON ACOUSTICS CO., INC., ALL CRAFT
FABRICATORS, INC., DONAMO INTERNATIONAL, LLC,

                                          Defendants.

-----------------------------------------------------------------X

### DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, Defendants Donaldson Interiors, Inc., Donaldson Acoustics, Inc., All Craft Fabricators, Inc., and Donamo International LLC, by and through their undersigned counsel, state that Defendants have no publicly held parent corporations, and that no publicly held corporation owns 10% or more of their stock.

                                                                     Respectfully submitted,

                                                                     JACKSON LEWIS P.C.
                                                                     44 South Broadway, 14th Floor
                                                                     White Plains, New York 10601
                                                                      (914) 872-8060

                                           By: _____
                                                           Susanne Kantor
                                                           ATTORNEYS FOR DEFENDANTS
                                                           DONALDSON INTERIORS, INC.,
                                                           DONALDSON ACOUSTICS, INC.,
                                                           ALL RAFT FABRICATORS, INC., AND
Dated: November 2, 2016                              DONAMO INTERNATIONAL LLC
       White Plains, New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

NINA HORTON,

                                                Plaintiff,

                  -against-

GREENBUILD LLC, DONALDSON INTERIORS, INC.,     Civ. No.: 16-cv-4595 (KAM)(LB)
DONALDSON ACOUSTICS CO., INC., ALL CRAFT
FABRICATORS, INC., DONAMO INTERNATIONAL, LLC,

                                                Defendants.

-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendants' Rule 7.1 Disclosure Statement has been filed via ECF and served via U.S. First Class Mail on the 2nd day of November, 2016 on counsel for Plaintiff at the address set forth below:

                      Walker G. Harman, Jr.
                      Owen H. Laird
                      The Harman Firm, LLP
                      220 Fifth Avenue, Suite 900
                      New York, New York 10001
                      (212) 425-2600
                      *Attorneys for Plaintiff*

                                                              Susanne Kantor