# **RULE 26(f) MEETING REPORT**

**CASE NAME:**  _Horton v. Greenebuild LLC et al._

**DOCKET NO.:**  16-cv-4595 (KAM)(LB)

Have the parties met and conferred? **Yes**   Date? **11/28/2016**

Date the Rule 26(a)(1) initial disclosures were exchanged? **12/2/2016**

Proposed Discovery Plan

1. Deadline for parties to provide properly executed authorizations/releases: **12/20/2016**

2. Deadline to join new parties or amend the pleadings: **12/20/2016**

3. Should any changes be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure or by local rule?[1] Yes __ No **X**

4. Deadline to file any protective order: **5/1/2017**

5. The parties shall complete all fact discovery by: **6/2/2017**

6. The parties shall complete expert discovery, if necessary, by: **7/31/2017 (Plaintiff will notify Defendants by 6/2/2017 if Plaintiff intends to use an expert)**

7. The parties shall file any pre-motion conference request by:[2] **8/31/2017 (or 7/7/2017 if Plaintiff is not intending to use an expert)**

8. Should the Court hold an early settlement conference in this action?[3] Yes **X** No __

9. Have the parties agreed to a plan regarding electronic discovery?[4] Yes __ No **X**

10. Do the parties consent  Yes __ No **X** to trial before a magistrate judge pursuant to 28 U.S.C. §636?[5] (Answer no if any party declines to consent without indicating which party has declined)

---

[1] If yes, the parties should be prepared to address the proposed changes at the initial conference.
[2] The parties are reminded to comply with the individual rules of the presiding district court judge.
[3] Prior to the initial conference, counsel shall discuss with their clients and their adversaries whether an early settlement conference, or other form of alternative dispute resolution, is appropriate in this case and be prepared to explain their reasons to the Court.
[4] If yes, the parties shall file a letter detailing the parties' proposed plan regarding electronic discovery.
[5] The fillable consent form AO 85 is available at https://www.nyed.uscourts.gov/forms/all-forms/general_forms and must be signed by all parties and filed electronically.