# THE HARMAN FIRM, LLP
Attorneys & Counselors At Law
www.theharmanfirm.com

January 24, 2017

**VIA ECF**

The Hon. Magistrate Judge Lois Bloom
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Horton v. Greenebuild LLC Donaldson Interiors, Inc., Donaldson Acoustics Co., Inc., All Craft Fabricators, Inc., and Donamo International, LLC.*
**16-cv-4595 (KAM)(LB)**

Dear Judge Bloom:

We represent the Plaintiff in the above-referenced action. We write to respectfully request an adjournment of the settlement conference, presently scheduled for January 26, 2017 at 11:30 a.m. Plaintiff learned earlier this week that she is required to appear in an unrelated matter in Housing Court on the same date as the currently scheduled conference, and only today learned that her appearance there would make appearing in person at the settlement conference impossible. As such, we respectfully request that the Court adjourn this conference to another date convenient for the Court. We apologize that these events necessitated such short notice to the Court.

Defendants Donaldson Interiors, Inc., Donaldson Acoustics Co., Inc., All Craft Fabricators, Inc., and Donamo International, LLC. consent to Plaintiff's requested adjournment. Defendant Greenebuild objects to Plaintiff's requested adjournment. This request is Plaintiff's first request for an adjournment of this conference. The parties are continuing settlement discussions apace, and will inform the Court if an agreement is reached.

Thank you for your time and attention to this matter.

Respectfully submitted,

Owen H. Laird

cc: Susanne Kantor, Esq. (via ECF)
Joseph W. Ryan, Esq. (via ECF)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926