# CIVIL COURT OF THE CITY OF NEW YORK

County of Kings
Date 12/13/16   Part A

Index No. L&T: 13885-16
Page 1 of 1
Hon. Chinea

NYCHA - Armstrong Houses, Petitioner(s),
against
Nina Horton, Respondent(s)

(2 Atty)

## STIPULATION OF SETTLEMENT

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner   By Counsel | | ✓ | | |
| Respondent 1  By Counsel | | ✓ | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

This proceeding & Respondent's motion are adjourned on consent to 9:30 am on 1/26/17, 2017.

_____          _____
Attorney for Respondent                    Attorney for Petitioner
                  N.Y.C.H.A.

CIV-LT-30 page 1 (Revised 4/07)

Part A