**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x

**NINA HORTON,**

                                                        **Plaintiff,**

                        -against-                                           **Civ. No.:  16-cv-4595 (LB)**

**GREENEBUILD LLC, DONALDSON INTERIORS, INC.,**          **STIPULATION AND ORDER**
**DONALDSON ACOUSTICS CO., INC., ALL CRAFT**             **OF DISMISSAL WITH**
**FABRICATORS, INC., DONAMO INTERNATIONAL, LLC,**        **PREJUDICE**

                                                        **Defendants.**

-------------------------------------------------------------------------------x

        IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for

the Parties, that the Complaint and any and all claims that were asserted in this action against all

Defendants are hereby dismissed in their entirety, with prejudice, and with each party to bear its

own costs, expenses, disbursements, and attorneys' fees. The terms of the Parties' Negotiated

Settlement Agreement have been presented for review and approval by the Court.

                                        *ATTORNEYS FOR PLAINTIFF NINA HORTON:*

Dated: 3/29 , 2017              By:

                                        Walker G. Harman, Jr.
                                        Owen H. Laird
                                        The Harman Firm, LLP
                                        220 Fifth Avenue, Suite 900
                                        New York, New York 10001
                                        (212) 425-2600

                                        *ATTORNEYS FOR DEFENDANT GREENEBUILD LLC:*

Dated: 3/27 , 2017             By:

                                        Joseph W. Ryan, Jr.
                                        Joseph W. Ryan, Jr., P.C.
                                        225 Old Country Road
                                        Melville, New York 11747
                                        (631) 629-4968

*ATTORNEYS FOR DEFENDANTS DONALDSON*
*INTERIORS, INC., DONALDSON ACOUSTICS*
*CO., INC., ALL CRAFT FABRICATORS, INC., and*
*DONAMO INTERNATIONAL, LLC.*

Dated: March 23, , 2016          By: _____

Susanne Kantor
JACKSON LEWIS P.C.
44 South Broadway
White Plains, NY 10601
(914)-872-8060

The Court hereby approves the settlement and dismissal of the instant action with prejudice.

SO ORDERED this ___ day of _____, 2017

_____
Hon. Lois Bloom, United States Magistrate Judge.